# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 464 |
| | : | |
| ORDER ADOPTING NEW RULES 626 | : | CRIMINAL PROCEDURAL RULES |
| and 627, AMENDING RULES 631, 632, | : | |
| AND 647, APPROVING THE REVISION | : | DOCKET |
| OF THE *COMMENT* TO RULE 646, AND | : | |
| RENUMBERING RULE 630 AS RULE 625: | | |
| OF THE PENNSYLVANIA RULES OF | : | |
| CRIMINAL PROCEDURE | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 7th day of July, 2015, upon the recommendation of the Criminal Procedural Rules Committee; the proposal having been published before adoption at 42 *Pa.B*. 380 (January 21, 2012), and in the Atlantic Reporter (Third Series Advance Sheets, Vol. 34)*,* and a *Final Report* to be published with this **ORDER:**

      **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that new Pennsylvania Rules of Criminal Procedure 626 and 627 and the amendments to Pennsylvania Rules of Criminal Procedure 631, 632, and 647 are adopted, the revision to the *Comment* to Pennsylvania Rule of Criminal Procedure 646 is approved, and Pennsylvania Rule of Criminal Procedure 630 is renumbered to Pennsylvania Rule of Criminal Procedure 625 in the attached form.

      This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective October 1, 2015.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and brackets.